UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **ROBERT A. PITZER,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**COMMISSIONER OF SOCIAL SECURITY,** )<br>sued as Michael J. Astrue, Commissioner of )<br>Social Security, )<br>)<br>**Defendant.** ) | Case No. 10-CV-2083 |

### ORDER

A Report and Recommendation (#21) was filed by Magistrate Judge David G. Bernthal in the above cause on June 30, 2011. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). Judge Bernthal's Recommendation is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#21) is accepted by this court.

(2) Plaintiff's Application for Attorneys' Fees Under the Equal Access to Justice Act (#19) is GRANTED and an award of fees in the amount of $7,089.71 is made pursuant to the Equal Access to Justice Act.

ENTERED this 18th day of July, 2011.

s/MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE